In the Matter of the Claim of SOPHIA HANSEN, Respondent, against JACOB JARCHO et al., Appellants.

Submitted June 3, 1940; decided June 11, 1940.

*Jerome Golenbock* for motion.
*George J. Hayes* opposed.
Motion denied with leave to renew upon the argument.